IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:18-CV-63-FL

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLINA SUN HOSPITALITY, LLC, )<br>KHALID DURRANI and FARRAH )<br>KHALID, )<br>Defendants. | **ORDER** |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Louise Wood Flanagan, United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 5:18-CV-587-FL.** No further filing shall be made in 2:18-CV-63-Fl.

SO ORDERED. This 13th day of December, 2018.

Peter A. Moore, Jr.
Clerk of Court